# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MICHAEL ABBATE,**

    **Plaintiff,**

  v.                                        **Civil Action 2:20-cv-3196**
                                                          **Judge Michael H. Watson**
**VERDE ENERGY USA OHIO, LLC,**                 **Magistrate Judge Chelsey M. Vascura**

    **Defendant.**

## ORDER

On November 13, 2020, the parties represented that they are pursuing settlement and a second mediation and request that the Court await the results of the mediation before setting a scheduling conference. The parties' joint request is **GRANTED**. The parties are **DIRECTED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE December 16, 2020,** unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

    **IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                          CHELSEY M. VASCURA
                                                          UNITED STATES MAGISTRATE JUDGE